**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-10259
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MORRIS EDWARD MOORE, also
known as Sealed Defendant 2,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CR-42-2

June 1, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Morris Edward Moore appeals from his convictions for conspiracy and narcotics offenses.

He argues that the evidence was insufficient to support his convictions. We have reviewed the record

and find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.